**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: Diaz-Martinez Eduardo V
    (Last)            (First)            (Middle Initial)

Prisoner Number: 1228603

Institutional Address: Maguire Detention Facility 300 Bradford St. Redwood City CA 94063

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Eduardo V. Diaz-Martinez et. al.
(Enter your full name.)
Respondent: F.B.I Agent Mario Delgado
vs.
County of San Mateo
Daly City Police, Broadmoor Police
John Doe 1-23 Jane Doe 1- San Mateo County
(Enter the full name(s) of the defendant(s) in this action.) Plaintiff
John Doe 1-3

Case No. _____
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983** 1988(b)
1st amen.- retaliation
Bane act, False arrest/Imprisonment
illegal detention, Denial adequate
Medical care, Cruel and unusual punishment
Assault/Battery 14th amen. Due Process
Pattern Practice

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement: Maguire Correctional Facility  300 Bradford St Redwood City CA 94063

B. Is there a grievance procedure in this institution?  YES ☒  NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?  YES ☐  NO ☒

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

    1. Informal appeal: _____

2. First formal level: filed grievance with Daly city police Department. Police chief said "it was a mistake"

3. Second formal level: Broadmoor commander Johnson denied my complaint. complained to San Mateo County D.A. office

4. Third formal level: ex parte Application at San Mateo Superior Court 12/02/23 or so.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☒    NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
I wasn't incarcerated and was threatened, harrased. (Felder, supra at p. 148)(Brosterhous at pp. 340-341)(Patsy, supra at. p. 516)

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
Eduardo Diaz-Martinez - 2108 Fremont St #B Concord, CA 94520
Respondent: Mario Delgado FBI Agent - F.B.I Building 1301 Clay st. Oakland, CA 94612

B. For each defendant, provide full name, official position and place of employment.
County of San Mateo, Ofc. Mandiera-Daly city police, Daly city police chief, John Doe 1-Daly city police, John Doe 3, John Doe 2-Broadmoor police, Commander Johnson-Broadmoor police department, Ofc. Carriel-Broadmoor police, Ryan McMahon-Broadmoor police, Bill Masey-San Mateo county DA, San Mateo County DA, Deputy Vazquez, Morales, Jane Doe 1

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

See attached lined paper please and thank you.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes. $250,000 including Attorney fees, declatory relief, Summary judgement damages, punitive damages. Removal of Evading peace officer charge because of retaliation. 42 U.S.C. 1988(b)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 8/10/23                     Eduardo Martinez
                Date                      Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

# Complaint Page #1

On October 17, 2022 I was driving and noticed a car on opposite of street. Daly city ofc. John Doe 1 ran licsence plate and didnt match plantiff. After driving further 1 officer ignored 20 yr. difference in Make and Model pulled over vehicle and yelled "shut the fuck up" I repeatedly yelled its not me. With seatbelt on Ofc. Mandiera, John Doe 1, Carrel, and Ryan Mcmahon pulled me on both directions with seatbelt on for over 1 minute causing skin to rip, (Assault, battery) snapping of neck, left torn rotator cuff, severe nerve damage, unconciousness (government code 845.6) cervical cyndosis (inadequete or Denial Medical attention) Unconsidered disability of gunshot wound (Ralph Act) cervical hernia, left hand later burned due to numbness. Ryan McMahon body slammed me which caused concussion, memory loss, 30 minute traffic stop, thus later caused intentional and infliction of emotional distress because all officers high fived each other, laughed at me, and said "yeah that's him" (False arrest and imprisonment) Ryan Mcmahon threatened me saying "do you want to go to jail" after asking for police report (Bane Act) Ryan McMahon was fired from Vallejo Police for his role in the lawsuits of Willie Mccoy and Ronnell Foster who were killed by him including participating in Badge bending for kills (Pattern and Practice) - Daly city, city of Broadmoor Commander Johnson Broadmoor police refused to accept my complaint saying "If I don't know name what's the purpose of being there" (Due process violation). I found out who Ryan McMahon was by watching news. Broadmoor John Doe 2 intimidated me by grabbing gun. Broadmoor

# Complaint Pg. 2

John Doe 3 pulled me over citing me 2 traffic ticket that lasted 25 minutes (unlawful detention) and laughed at me because Ryan Mcmahon wasn't on police report. I complained to the F.B.I who has all videos and evidence please refer to Agent Mario Delgado. John Doe 3 called me asking if I'm going to change statement twice on personal cellphone. John doe 3 Broadmoor police arrested (impounded car) me for evading a peace officer though he lied that I ran stop sign on or about March 2022. (1st Amendment retaliation). Vicarious liability is fit for all defendents. San Mateo County and District Attorney has violated my due process by not reviewing evidence of False Arrest and Imprisonment, Bane act and negligent hiring training and retention, supervision against Bill Mase(y), DA's office and Daly city police chief. John Doe 1 is now a sergeant. Cruel and unusual punishment against John Doe 1 and 3, Mandiera, Carrie, and Ryan Mcmahon including Battery, Assualt. After john Doe 3 encounter while waiting to be housed San Mateo County Sheriff Morales, Vasquez, and jane Doe 1, wantonly inflicted pain furthering my nerve damage while Jane Doe handcuffed my legs. I was left in cell without food, water, and bedding for 1 day. I told Vasquez there are cameras he said "this is our house I'll fuck you up". Vicarious liability

[not reviewing evidence]